UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 25-7389 PVC                                         Date:  November 3, 2025

Title       Eric Schwartz v. Tesla Inc.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| L. Krivitsky for Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:  [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On September 15, 2025, the parties stipulated that Defendant had until October 15, 2025, to answer, object, or otherwise respond to the Complaint.  (Dkt. No. 9).  To date, however, Defendant has not answered or otherwise responded to the Complaint.  Nor has Plaintiff filed a request for entry of default pursuant to Fed. R. Civ. P. 55(a).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **seven days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute.  Fed. R. Civ. P. 41(b).  Plaintiff may discharge this Order by filing a request for entry of default.

IT IS SO ORDERED.

                                                                                                00:00
                                                              Initials of Preparer    lk